# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MARIKA TOLZ,**

      **Petitioner,**

**v.**                                   **Case No. 4:17cv119-MW/CAS**

**C. COIL, Warden,**

      **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Inasmuch as Petitioner has been released from incarceration, her § 2241 petition for writ of habeas corpus, ECF No. 1, is **DENIED as moot**." The Clerk shall close the file.

**SO ORDERED on October 5, 2017.**

                                                 **s/Mark E. Walker                   **
                                                 **United States District Judge**